IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WYKESHIA SEYMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:16-cv-314-GMB |
| ) | |
| LINDA SHEFFIELD d/b/a COMPLETE ) | |
| CAREGIVERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered on June 29, 2016, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

1. The parties' Notice of Settlement and Request for Judicial Approval of Settlement Agreement (Doc. 5) is GRANTED, and the settlement is approved, except for Section 4 as set forth in the court's June 29, 2016 memorandum opinion.

2. This action is DISMISSED WITH PREJUDICE, with costs taxed as paid.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case is closed.

DONE this 29th day of June, 2016.

                                                /s/ Gray M. Borden
                                    UNITED STATES MAGISTRATE JUDGE